Carl D. Crowell, OSB No. 982049
email: carl@crowell-law.com
CROWELL LAW
P.O. Box 923
Salem, OR 97308
(503) 581-1240
Of attorneys for plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **VOLTAGE PICTURES, LLC,** a California Limited Liability Company, and **DALLAS BUYERS CLUB, LLC**, a Texas Limited Liability Company,<br><br>      Plaintiffs,<br><br>v.<br><br>**DOE-76.115.109.21,**<br><br>      Defendant. | Case No.: 3:14-cv-1875<br><br>PLAINTIFFS' RULE 7.1 DISCLOSURE |

PLAINTIFFS' RULE 7.1 DISCLOSURE

   Pursuant to Federal Rule of Civil Procedure 7.1, plaintiffs state they do not have a parent corporation and no publicly held corporation owns 10% or more of their stock.

 DATED: November 22, 2014.

                                          /s/  Carl D. Crowell
                                          Carl D. Crowell, OSB No. 982049
                                          email: carl@crowell-law.com
                                          (503) 581-1240
                                          Of attorneys for plaintiffs