Lory R. Lybeck
Benjamin R. Justus (admitted *pro hac vice*)
Attorneys for Defendant Ryan Blake
Lybeck Pedreira & Justus, PLLC
Fifth Floor – Chase Bank Building
7900 SE 28th Street
Mercer Island, WA 98040
Email: ben@lpjustus.com
(206) 230-4255 /phone

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **VOLTAGE PICTURES, LLC**, a California Limited Liability Company, and **DALLAS BUYERS CLUB, LLC**, a Texas Limited Liability Company,<br><br>Plaintiffs,<br><br>vs.<br><br>**RYAN BLAKE**,<br><br>Defendant | Case No.: 3:14-cv-1875-AC<br><br>DECLARATION OF BENJAMIN JUSTUS IN SUPPORT OF DEFENDANT RYAN BLAKE'S RESPONSE TO PLAINTIFFS' MOTION AGAINST ANSWER AND COUNTERCLAIM |

I, Benjamin Justus, hereby declare and certify as follows:

1. I am an attorney representing Ryan Blake. I make this declaration based on personal knowledge and am competent to testify to the matters stated herein.

2. Attached hereto as **Exhibit A** is a true and correct copy of excerpts of the transcript of the February 13, 2015 deposition of Ryan Blake

3. Attached hereto as **Exhibit B** is a true and correct copy of a March 20, 2014 order entered by the U.S. District Court for the Southern District of Florida in the case of *Malibu Media, LLC v. Doe*, No. 1:14-cv-20213-UU.

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct to the best of my knowledge.

DATED at Mercer Island, WA this 15th day of June, 2015.

*[signature]*

Benjamin R. Justus (admitted *pro hac vice*)
Attorneys for Defendant Ryan Blake
Lybeck Pedreira & Justus, PLLC
Fifth Floor – Chase Bank Building
7900 SE 28th Street
Mercer Island, WA 98040
(206) 230-4255 /phone
(206) 230-7791 /fax

STATE OF WASHINGTON   )
                      ) ss.
COUNTY OF KING        )

On this day personally appeared before me BENJAMIN R. JUSTUS, to me known to be the individual(s) described in and who executed the within and foregoing instrument, and acknowledged that he/she/they signed the same as his/her/their free and voluntary act and deed, for the uses and purposes therein mentioned.

Given under my hand and seal of office this 15 day of JUNE, 2015.

*[signature]*
Notary Public residing at Mercer Island

Printed Name: MARGARET K. SHERIDAN

My Commission Expires:

05-21-2017

*[Notary seal: MARGARET K. SHERIDAN, COMMISSION EXPIRES 05-21-17, NOTARY PUBLIC, STATE OF WASHINGTON]*

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of June, 2015, I electronically filed the foregoing Declaration of Benjamin Justus In Support Of Defendant Ryan Blake's Response To Plaintiffs' Motion Against Answer And Counterclaim with the Clerk of the Court for the United States District Court for the District of Oregon by using the CM/ECF system, which will cause service to be issued upon all parties of record whom are participants in the system.

Respectfully submitted this __15th__ day of June, 2015.

>*/s/ Margaret K. Sheridan*
> Margaret K. Sheridan
> Legal Assistant